AO 91 (Rev 5/85) Criminal Complaint ● AUSA Saima Mohsin (313) 226-9163 , SA Jason D. Bollinger (248) 879-6090

# United States District Court

_____EASTERN_____ DISTRICT OF _____MICHIGAN - SD_____

UNITED STATES OF AMERICA

V.

ARTAN SULSTAROVA

**CRIMINAL COMPLAINT**

CASE NUMBER: **04-80741**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __AUGUST 11, 2004__ in __Oakland__ county, in the __Eastern__ District of __Michigan__ defendant(s) did, (Track Statutory Language of Offense) knowingly, willfully and unlawfully move and travel in interstate commerce; to wit: from Michigan to Ohio with the intent purpose of avoiding prosecution on charges of First and Second Degree Murder and assault with a deadly weapon, all of which are felonies under the State of Michigan.

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following facts:
                                       Official Title

**See attached affidavit**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

FILED
SEP 0 8 2004
CLERK'S OFFICE
DETROIT

_____
Signature of Complainant
Jason D. Bollinger, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

__September 08, 2004__                      at     __Detroit, Michigan__
Date                                                City and State

**VIRGINIA M. MORGAN**

__United States Magistrate Judge__         _____
Name & Title of Judicial Officer           Signature of Judicial Officer

## AFFIDAVIT

Jason D. Bollinger, Special Agent, Federal Bureau of Investigation, being duly sworn, deposes and says the following:

1. On August 12, 2004, an arrest warrant was issued by Oakland County 52-1 District Court, Wixom, Michigan, charging ARTAN SULSTAROVA, defendant herein, with murder first and second degree and assault with a deadly weapon, all felonies under the laws of the state of Michigan.

2. On September 07, 2004, the Office of the Prosecuting Attorney, Oakland County, Wixom, Michigan, requested assistance from the Federal Bureau of Investigation, Troy, Michigan, to locate and apprehend the defendant based on the recommendation from the Wixom, Michigan Police Department.

3. An intense search by local authorities has not disclosed the whereabouts of the defendant, who has been missing from his normal residence since August 12, 2004. The alleged crime occurred on or about August 12, 2004, at Wixom, Michigan.

4. Further investigation conducted by the Oakland County Fugitive Apprehension Team revealed information to reasonably believe that the defendant has fled the State of Michigan with the intent and purpose of avoiding prosecution on the charges of the alleged crime.

5. The above is known to the undersigned to be true through reliable information obtained from results of investigation conducted by Wixom, Michigan Police Department and Oakland County Fugitive Apprehension Team.

_____
Jason D. Bollinger, Special Agent
Federal Bureau of Investigation

Sworn to and Subscribed before me
this 8th day of September, 2004

_____
United States Magistrate Judge